IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
SEP 28 1999
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY ____DG____ , DEPUTY

| | |
|---|---|
| SIDNEY ALLEN WORTHEN, ) | |
| Plaintiff, ) | |
| vs. ) | No. CIV-99-1417-W |
| WACKENHUT CORRECTIONAL ) CORPORATION, et al., ) | |
| Defendants. ) | |

### ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636, this matter is hereby referred to United States Magistrate Judge Robert E. Bacharach for the following purpose:

HABEAS CORPUS PETITION, MOTION TO VACATE SENTENCE, APPLICATION FOR POST-TRIAL RELIEF BY INDIVIDUAL CONVICTED OF CRIMINAL OFFENSE, OR PRISONER PETITION CHALLENGING CONDITIONS OF CONFINEMENT, for preliminary review and, if necessary, for conducting hearing, including evidentiary hearing if necessary, and submission of Findings and Recommendations to the undersigned Judge for the proper resolution of dispositive matters presented pursuant to 28 U.S.C. § 636(b)(1)(B), (C) and, as applicable, Rule 8(b) of the Rules Governing Section 2255 Proceedings.

ENTERED this 28th day of September, 1999.

_____
LEE R. WEST
UNITED STATES DISTRICT JUDGE

