IN THE UNITED STATES DISTRICT COURT FOR THE **FILED**

WESTERN DISTRICT OF OKLAHOMA

OCT 1 2001

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY_____DEPUTY

SIDNEY ALLEN WORTHEN,         )
                             )
                Plaintiff,   )
                             )
vs.                          )    No. CIV-99-1417-W
                             )
WACKENHUT CORRECTIONS        )
CORPORATION, et al.,         )
                             )
                Defendants.  )

## O R D E R

Upon review of the record, the Court GRANTS the parties' Joint Application for Extension of All Deadlines filed on September 28, 2001, and EXTENDS all deadlines by sixty (60) days.

ENTERED this ___1st___ day of October, 2001.

LEE R. WEST
UNITED STATES DISTRICT JUDGE